IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM QUANTAVIOUS COBB, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-188(WLS) |
| | * |
| OFFICER J'SHON D. PRICE, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 31, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of December, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk